**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 4:06cr24

GERMELL ALLMOND,

      Defendant.

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Counts 1, 2, and 3 of the Superceding Information filed on June 9, 2006. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and

Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                          /s/  
                                        F. Bradford Stillman  
                                        United States Magistrate Judge

Norfolk, Virginia

June 16, 2006

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

>A. J. Stone, Jr., Esquire
>159 Fairmont Drive
>Hampton, Virginia 23666
>
>Jessica M. Norris, Esquire
>Special Assistant United States Attorney
>Fountain Plaza Three, Suite 300
>721 Lakefront Commons
>Newport News, Virginia 23606

Fernando Galindo, Acting Clerk

By_____
          Deputy Clerk

_____, 2006